# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Charles William Memsen,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:20-cv-00248-MR |
| | ) | 1:17-cr-00077-MR-WCM |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2020 Order.

September 21, 2020

Frank G. Johns, Clerk
United States District Court